Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

George E. Elliott, of Washington, D. C., for respondent.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

Bureau of Internal Revenue, of Washington, D. C., for petitioner.

George E. Elliott, of Washington, D. C., for respondent.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Edward H. BOUTON, Respondent.

No. 3654.

Circuit Court of Appeals, Fourth Circuit.

Dec. 11, 1934.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Luella S. BOUTON, Respondent.

No. 3652.

Circuit Court of Appeals, Fourth Circuit.

Dec. 11, 1934.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

George E. Elliott, of Washington, D. C., for respondent.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

George E. Elliott, of Washington, D. C., for respondent.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Robert GARRETT, Respondent.

No. 3649.

Circuit Court of Appeals, Fourth Circuit.

Dec. 11, 1934.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Edward H. BOUTON, Respondent.

No. 3653.

Circuit Court of Appeals, Fourth Circuit.

Dec. 11, 1934.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel,

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, and George D. Brabson, Sp. Atty., Bureau of Internal